BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTI-DISTRICT LITIGATION

| In re: First American Financial Corporation Data Breach Litigation | MDL No. |
|---|---|

## SCHEDULE OF ACTIONS

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:** David Gritz  **Defendants:** First American Financial Corp., First American Title Co. | C.D. California | 8:19–01009 | Dale S. Fischer |
| **Plaintiff:** Fred Shakib  **Defendant:** First American Financial Corp. | C.D. California | 8:19–01022 | Dale S. Fischer |
| **Plaintiff:** Larry Willis  **Defendants:** First American Financial Corp., First American Title Co. | C.D. California | 8:19–01023 | Dale S. Fischer |
| **Plaintiff:** Donald J. Bahnmaier  **Defendant:** First American Financial Corp. | C.D. California | 8:19–01040 | Dale S. Fischer |
| **Plaintiff:** Toppings Path Holding, LLC  **Defendants:** First American Financial Corp., First American Title Co., First American Title Insurance Co. | C.D. California | 8:19–01051 | Dale S. Fischer |
| **Plaintiffs:** Antonio Barajas, Kathleen Barajas | C.D. California | 8:19–01078 | Andrew J. Guilford |

| | | | |
|---|---|---|---|
| **Defendants:**<br>First American Financial Corp., First American Title Co. | | | |
| **Plaintiff:**<br>Jacqueline Mohr<br><br>**Defendants:**<br>First American Financial Corp., and First American Title Co. | C.D. California | 8:19–01102 | James V. Selna |
| **Plaintiff:**<br>Ben Dinh<br><br>**Defendants:**<br>First American Financial Corp., First American Title Co. | C.D. California | 8:19–01105 | Andrew J. Guilford |
| **Plaintiff:**<br>Brent and Teri Johnson, LLC<br><br>**Defendants:**<br>First American Financial Corp., First American Title Co. | C.D. California | 2:19–04869<br>Reassigned:<br>8:19–01112 | Josephine L. Staton |
| **Plaintiff:**<br>Jesus Resendiz<br><br>**Defendants:**<br>First American Financial Corp., First American Title Insurance Co. | C.D. California | 8:19–01137 | James V. Selna |
| **Plaintiff:**<br>Carol A. Woodard<br><br>**Defendants:**<br>First American Financial Corp. First American Title Co. | C.D. California | 8:19–01156 | Karen E. Scott |
| **Plaintiffs:**<br>Lasheeda Forney, Ryan Goodyear, Brooke Wray Hager<br><br>**Defendants:**<br>First American Fin. Corp., First American Title Co. | C.D. California | 2:19–05135 | TBD |

| **Plaintiff:**<br>Shreys Sindaghatta<br><br>**Defendants:**<br>First American Financial Corp., First American Title Insurance Co. | S.D. California | 3:19–01083 | Roger T. Benitez |
|---|---|---|---|
| **Plaintiff:**<br>Paul E. Kuntz Jr.<br><br>**Defendant:**<br>First American Financial Corp. | E.D. Michigan | 2:19–11749 | Stephen J. Murphy III |

                                                    Respectfully submitted,

Dated: June 13, 2019              **KAZEROUNI LAW GROUP, APC**

                                                    /s/   Abbas Kazerounian
                                                      Abbas Kazerounian, Esq.
                                                      245 Fischer Avenue, Suite D1
                                                      Costa Mesa, CA 92626
                                                      Phone: 800-400-6808
                                                      Fax: 800-520-5523
                                                      Email: ak@kazlg.com

                                                      *Counsel for Plaintiffs,*
                                                      *Antonio and Kathleen Barajas*
                                                      *and the putative class*