BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

| | |
|---|---|
| In re: First American Financial Corporation Data Breach Litigation | MDL No. 2907 |

## NOTICE OF WITHDRAWAL OF CODY R. PADGETT

As instructed by the Court Clerk and per JPML Rule (4.1c), which states that only one attorney may appear on behalf of a party, Cody R. Padgett hereby withdraws his appearance as attorney of record for Plaintiffs Lasheeda Forney, Ryan Goodyear, and Brooke Wray Hager.


Dated:  June 26, 2019            Capstone Law, APC


/s/ Cody R. Padgett
Cody R. Padgett

Attorneys for Plaintiffs